**No. 39358.**—Protest 900287–G of Rex Importing Co. (New York).

Opinion by SULLIVAN, J. From the evidence it was found that the imitation precious stones in question are faceted. They were therefore held dutiable at 20 percent under paragraph 1429 as claimed.

**No. 39359.**—Protest 897166–G of Bullocks, Inc. (Los Angeles).

Opinion by SULLIVAN, J. An examination of the invoice disclosed seven items of merchandise consisting of figures of hares and chickens, classified as toys at 70 percent ad valorem under paragraph 1513, Tariff Act of 1930, which were held dutiable at 35 percent under paragraph 1413. It was found that a mistake was made in only reliquidating as to the first item. The claim as to the other six items is therefore sustained.

**No. 39360.**—Protests 873037–G, etc., of Frankel Importing Co. (New York).

Opinion by SULLIVAN, J. The sample consists of a string of beads globular in shape, apparently made of ordinary colorless glass. They were found not to imitate rock crystal and were held dutiable at 35 percent under paragraph 1503 as claimed. Abstract 35536 followed.

**No. 39361.**—Protest 866659–G of Irving W. Rice & Co. (New York).

Opinion by SULLIVAN, J. The sample is a highly ornamental bottle cap of what appears to be gilded metal and glass. Set in the top of the metal portion of the cap is a brilliant faceted yellow stone resembling a·topaz. Attached to the under side of the cap is a round pointed glass rod, apparently for use as a perfume dropper. The record was very incomplete and the testimony was entirely with reference to only one item. As there was no competent proof to bring the merchandise within the claim made the protest was overruled.